| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:13-CR-006 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 3:15CR-128-DJH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Wayne Brian Wade | Ohio Southern | Cincinnati |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Sandra S. Beckwith, Senior Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/24/2015 | TO 09/23/2030 |

OFFENSE
Failure to Register as a Sex Offender
18 U.S.C. 2250(a)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __SOUTHERN__ DISTRICT OF __OHIO__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Western District of Kentucky__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_11/2/15_  _[signature]_
Date          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __WESTERN__ DISTRICT OF __KENTUCKY__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____          _____
Effective Date             United States District Judge