

## Case Assignment
## Criminal Transfer of Jurisdiction

Case number **3:15CR-128-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 11/6/2015 9:07:41 AM
Transaction ID: 426

[ Request New Judge ]   [ Return ]