Case 3:15-cr-00128-DJH   Document 4   Filed 11/06/15   Page 1 of 1 PageID #: 14

| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 1:13-CR-006 |

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
3:15CR-128-DJH

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Wayne Brian Wade | Ohio Southern | Cincinnati |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Sandra S. Beckwith, Senior Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/24/2015 | TO 09/23/2030 |

**OFFENSE**
Failure to Register as a Sex Offender
18 U.S.C. 2250(a)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   SOUTHERN   DISTRICT OF   OHIO

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Western District of Kentucky   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/\_/15
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   WESTERN   DISTRICT OF   KENTUCKY

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                    *United States District Judge*