Local PROB 12Z
(Rev. 2/2007)

# United States District Court

for

**WESTERN DISTRICT OF KENTUCKY**

UNITED STATES OF AMERICA

        vs.                                             Docket Number:    0644 3:15CR-128-DJH

Wayne Bryan Wade
1000 West Market Street

Louisville, Kentucky 40202

**Petition for Modification on Probation and Supervised Release**

      Comes now Victor S. Hack, Probation Officer of the Court, presenting an official report upon the conduct of Wayne Bryan Wade, who was placed on supervision by the Honorable Sandra S. Beckwith, United States District Judge, sitting in the Court at the Southern District of Ohio, Cincinnati Division, on November 19, 2013, who fixed the period of supervision at 180 months supervised release, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

- Computer prohibition without approval
- Computer monitoring
- No pornography
- Sex Offender Treatment
- Residential and employment preapproval
- No contact with minors
- Loitering restriction
- Submit to search

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Due to the nature of Mr. Wade's conviction for the above-noted charges as well as his sexual abuse/sodomy conviction in 2003, the U.S. Probation Office is seeking a modification of Mr. Wade's conditions of supervised release.   Mr. Wade was arrested, convicted, and sentenced in the Southern District of Ohio with special conditions of supervised release.   Based on his offense of conviction and underlying sexual offense, the U.S. Probation Office requests the removal of special conditions 15 and 16 as there appears to be little relevancy for imposition given Mr. Wade has no criminal conduct related to computer use or abuse.   Further, given specific condition language approved by the Court in Western District of Kentucky, the U.S. Probation Office would request condition 17 and 22 be modified to include such language.   Finally, the U.S. Probation Office would request the addition of special conditions (numbered 23, 24, and 25 respectfully) regarding no contact with victim (from 2003 sexual abuse and sodomy case), post office box/ storage facility prohibition, and polygraph examinations.

PRAYING THAT THE COURT WILL ORDER as a special condition(s) of supervised release

15) **REMOVE** condition related to computer prohibition unless for activities approved by the probation office.

16) **REMOVE** condition related to computer monitoring including software installation and review.

17)   The defendant shall not view, purchase, possess or distribute any form of pornography depicting sexually

explicit conduct defined in 18 USC 2256(2), or frequent any place where such material is the primary product for sale or entertainment is available. **(REPLACE Current Condition #17)**

22)   The defendant shall submit his or her person, property, house, residence, vehicle, papers, computers [as defined in 18 USC 1030(e)(1)], other electronic communications or data storage devices or media, or office to a search conducted by the United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of their release and that the areas to be searched may contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner. **(REPLACE Current Condition #22)**

23) The defendant shall have no contact with the victim in Fayette Circuit Court case# 03CR-827, including correspondence, telephone contact to include text messaging, or communication through third party, except under circumstances approved in advance and in writing by the probation officer in consultation with the treatment provider.

24) The defendant shall not rent or use a post office box or storage facility without authorization from the USPO.

25) The defendant shall be subject to Polygraph, Computer Voice Stress Analysis, or other similar device to obtain information necessary for supervision, case monitoring, and treatment at the discretion and direction of the U.S. Probation Officer. The defendant shall be subjected to maintenance exams thereafter. No violation proceedings will arise solely on a defendant's failure to pass an examination. No violation proceeding will arise on a defendant's refusal on valid Fifth Amendment grounds to answer questions. The defendant shall contribute to the cost of services rendered based upon his/her ability to pay as reflected in his/her monthly cash flow as it relates to the court-approved sliding fee scale.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| It is ordered that a modification be issued and made a part of the records in the above case. | Executed by _____ |
| **David J. Hale, Judge**  **United States District Court** | Hack, Victor S.  U.S. Probation Officer |
| December 4, 2015 | Place Louisville , Kentucky  DATE:   December 3, 2015 |

cc:      U.S. Magistrate, U.S. Marshal, U.S. Attorney, U.S. Probation Officer