UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                  PLAINTIFF

vs.                               CRIMINAL ACTION NO. 3:15CR-128-DJH

WAYNE BRIAN WADE                                   DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

- Electronically Filed -

Assistant United States Attorney Laura L. Hall, hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

s/ Laura L. Hall
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911
FAX: (502) 582-5067