AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:15CR128 |
| WAYNE WADE ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WAYNE WADE                                                                                              .

Date:     09/09/2024                                             /s/ Chastity R. Beyl
                                                                     *Attorney's signature*

                                                                  Chastity R. Beyl
                                                           *Printed name and bar number*

                                                                 629 S. Fourth Street
                                                                      Suite 200
                                                                Louisville, KY  40202
                                                                      *Address*

                                                                    *E-mail address*

                                                                   (502) 584-0525
                                                                  *Telephone number*

                                                                   (502) 584-2808
                                                                     *FAX number*