# United States District Court
# Western District of Kentucky
# at Louisville

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

VS.                                                            CRIMINAL ACTION NUMBER: 3:15CR-128-DJH

WAYNE BRIAN WADE                                                                                            DEFENDANT

## ORDER ON VIOLATION OF SUPERVISED RELEASE PETITION

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge on September 3, 2024, to conduct an initial appearance on a petition for violation of supervised release. The defendant appeared in custody. Assistant United States Attorney Danielle Yannelli appeared on behalf of the United States. The proceeding was digitally recorded.

The defendant acknowledged his identity, was furnished with a copy of the petition, was advised of the nature of the charges contained therein and was advised of his rights.

The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed the Western Kentucky Federal Community Defender to represent the defendant. Assistant Federal Defender Pat Bouldin was present and accepted the appointment.

The United States moved for detention. The defendant, through counsel, elected to waive his right to a preliminary and detention hearing. Accordingly,

**IT IS HEREBY ORDERED** that the defendant is remanded to custody of United States Marshals Service pending a final revocation hearing scheduled for **September 26, 2024, at 9:30 a.m.** before the Honorable David J. Hale, United States District Judge.

September 10, 2024

:07

ENTERED BY ORDER OF THE COURT:
COLIN H. LINDSAY
UNITED STATES MAGISTRATE JUDGE
JAMES J. VILT JR., CLERK
BY: /s/ Theresa L. Burch, Deputy Clerk