UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

vs.                                                      CRIMINAL ACTION NO.:  <u>3:15CR-128-DJH</u>

WAYNE BRIAN WADE                                                                        DEFENDANT

**<u>NOTICE OF TERMINATION AS COUNSEL</u>**
*- Electronically Filed -*

Comes the United States of America and gives notice to the Court that First Assistant United States Attorney Laura L. Hall shall be terminated as counsel in the above-styled action and shall be removed from PACER as counsel for the United States, and the Clerk is hereby requested to terminate any further electronic notices to said counsel regarding this action.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney


/s/ *Laura L. Hall*

Laura L. Hall
First Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911